# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MATTHEW SHIPMAN                                              PLAINTIFF

V.                   NO: 3:17CV00099 KGB/PSH

CRAIGHEAD COUNTY
DETENTION CENTER, *et al.*                            DEFENDANTS

## ORDER

On August 9, 2017, a summons was returned unexecuted as to defendant Mitts. Doc. No. 7. Plaintiff is directed to provide any known address for Mitts no later than 30 days after this order's entry date. If Plaintiff fails to do so, his claims against Mitts may be dismissed.

IT IS SO ORDERED this 17th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE