IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MATTHEW SHIPMAN                                                                                          PLAINTIFF

v.                            Case No. 3:17-cv-99 KGB/PSH

CRAIGHEAD COUNTY
DETENTION CENTER, *et al*.                                                                         DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). Plaintiff Matthew Shipman has not filed an objection to the Proposed Findings and Recommendation, and the time to file an objection has passed. After careful consideration, the Court determines that the Proposed Findings and Recommendation should be, and hereby are, adopted as this Court's findings in all respects. The Craighead County Detention Center is not an entity subject to suit under 42 U.S.C. § 1983. *See De La Garza v. Kandiyohi Cty. Jail, Corr. Inst.*, 18 Fed.Appx. 436, 437 (8th Cir. 2001). Pursuant to this Court's duty to screen prison complaints under 28 U.S.C. § 1915(e)(2), the Court dismisses without prejudice Mr. Shipman's § 1983 claim against separate defendant Craighead County Detention Center (Dkt. No. 1). Mr. Shipman's claims against separate defendants K Bowers and Mitts remain pending.

It is so ordered this the 18th day of August, 2017.

_____
Kristine G. Baker
United States District Judge