IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MATTHEW SHIPMAN                                                                    PLAINTIFF

v.                               Case No. 3:17-cv-00099-KGB

KEITH BOWERS, *et al.*                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 16). No objections have been filed, and the time for filing objections has passed. After careful review of the pleadings and a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 16).

It is therefore ordered that plaintiff Matthew Shipman's claims against separate defendant nurse Mitts are dismissed without prejudice (Dkt. No. 1).

So ordered this the 3rd day of January, 2018.

Kristine G. Baker
United States District Judge