IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MATTHEW SHIPMAN                                                                  PLAINTIFF

v.                          Case No. 3:17-cv-00099-KGB/PSH

KEITH BOWERS                                                                     DEFENDANT

## ORDER

The Court has received the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 32). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

It is therefore ordered that:

1. Defendant Keith Bowers' motion to dismiss is granted (Dkt. No. 27).

2. Plaintiff Matthew Shipman's complaint is dismissed without prejudice (Dkt. No. 1).

3. Mr. Bowers' motion for summary judgment is denied as moot (Dkt. No. 21).

It is so ordered, this the 21st day of May, 2018.

_____
Kristine G. Baker
United States District Judge