IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MATTHEW SHIPMAN                                              PLAINTIFF

v.                         Case No. 3:17-cv-00099-KGB/PSH

KEITH BOWERS                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Matthew Shipman's claims are dismissed without prejudice.

So adjudged this the 21st day of May, 2018.

_____
Kristine G. Baker
United States District Judge